IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JUAN AGUILAR-PACHECO, a/k/a Jesus Cruz-Perez, a/k/a "Gallo", RODOLFO GENCHI-VILLAL, and LUIS ANGEL LORENZO-GALLARDO,

    Defendants.

8:19CR273

SUPERSEDING INDICTMENT

[21 U.S.C. 846;
21 U.S.C. § 841(a)(1) & (b)(1)]

The Grand Jury Charges:

## COUNT 1

Beginning on or about May 2, 2019, and continuing to on or about August 6, 2019, in the District of Nebraska, Defendants JUAN AGUILAR-PACHECO, a/k/a Jesus Cruz-Perez, a/k/a "Gallo", RODOLFO GENCHI-VILLAL, and LUIS ANGEL LORENZO-GALLARDO, did knowingly and intentionally combine, conspire, confederate, and agree together and with other person(s) to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about May 2, 2019, in the District of Nebraska, Defendant JUAN AGUILAR-PACHECO, a/k/a Jesus Cruz-Perez, a/k/a "Gallo," did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT 3

On or about July 1, 2019, in the District of Nebraska, Defendant JUAN AGUILAR-PACHECO, a/k/a Jesus Cruz-Perez, a/k/a "Gallo," did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT 4

On or about August 6, 2019, in the District of Nebraska, Defendants RODOLFO GENCHI-VILLAL and LUIS ANGEL LORENZO-GALLARDO, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL:

FOREPERSON

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

                                                                                           CHRISTOPHER L. FERRETTI
                                                                                           Assistant U.S. Attorney